Friday, May 23, 2014

Misc. No. 14–8015/AF. Melvert Washington, Appellant v. United States, Appellee. CCA 2013–29. On consideration of the writ-appeal petition, it is ordered that said petition is hereby denied.